IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| American Millenium Insurance Company,<br><br>Plaintiff,<br>v.<br><br>Patrick Montgomery, Sabrina Montgomery, and Montgomery Construction, LLC, Kanisha Nash, and Andrew Shepherd, Esq., as Special Administrator of the Estate of G.N., a Minor.<br><br>Defendants, | Civil Action No. 2:25-cv-11601-RMG<br><br>**KANISHA NASH AND ANDREW SHEPHERD, ESQ. AS SPECIAL ADMINISTRATOR OF THE ESTATE OF G.N., A MINOR'S MOTION TO DISMISS** |

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney, on behalf of Defendants, Kanisha Nash and Andrew Shepherd, Esq., as Special Administrator of the Estate of G.N., a Minor, move this Court, pursuant to Rule 12(b)(1), FRCP, Article III, Section 2 of the United States Constitution, and 28 U.S.C. § 1332, for an order dismissing this case on the following grounds: (1) this court lacks subject matter jurisdiction under the Ripeness Doctrine; or (2) alternatively, the Defendants must be realigned as a Plaintiff which destroys diversity jurisdiction. Moreover, even if the Court concludes it has jurisdiction, Defendants move this Court to decline to exercise jurisdiction.

[Signature Page to Follow]

**BRINGARDNER INJURY LAW FIRM, LLC**

By: *s/Mary Linton*
Mark Bringardner (Federal Bar No.: 12342)
mark@bringardner.com
Mary Linton (Federal Bar No.: 12688)
mlinton@bringardner.com
41 Broad Street
Charleston, SC 29401
Office: 843-400-0550
Facsimile: 843-350-8290

Attorneys for Kanisha Nash, Andrew Shepherd, Esq., as Special Administrator of the Estate of G.N., a Minor

Charleston, South Carolina
April 15, 2026