AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

American Millennium Insurance Company,
*Plaintiff*
v.
Patrick Montgomery, Sabrina Montgomery, Montgomery Construction LLC, Kanisha Nash, Andrew Shepherd,
*Defendants*

) Civil Action No. 2:25-cv-11601-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of _________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: This action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date: May 15, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/H.Cornwell

*Signature of Clerk or Deputy Clerk*